UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRICK JARRED ADAMS,

    Plaintiff,

vs.                                Case No.:  3:25-cv-1386/MCR/HTC

MASHBURN,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on October 1, 2025.  ECF No. 14.  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2.    Defendant Adams's case is **DISMISSED without prejudice** for Adams's failure to prosecute and to comply with Court orders.

1

3. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**